IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv610

| | |
|---|---|
| EZEKIAL BURNS, ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| DIVERSIFIED CONSULTANTS, INC., ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the Notice of Settlement that his action has been settled and that a Stipulation of Dismissal would be filed. Having considered such notice, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 Stipulation of dismissal within 14 days. Absent such filing, the court may enter a dismissal in accordance with Rule 41(b), Federal Rules of Civil Procedure.

Signed: February 2, 2012

Max O. Cogburn Jr.
United States District Judge

-1-