# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cv610

| | |
|---|---|
| EZEKIAL BURNS, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>DIVERSIFIED CONSULTANTS, INC., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on the Notice of Settlement that his action has been settled and that a Stipulation of Dismissal would be filed. Having considered such notice, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 Stipulation of dismissal within 14 days. Absent such filing, the court may enter a dismissal in accordance with Rule 41(b), Federal Rules of Civil Procedure.

Signed: February 2, 2012

Max O. Cogburn Jr.
United States District Judge